IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| RENEE C. GALLINO, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150296D |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision, entered July 8, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on the agreement of the parties. Plaintiff filed her Complaint on April 27, 2015, appealing Defendant's Notice of Deficiency Assessment, dated February 3, 2015, for tax year 2011. At the telephone case management conference held June 10, 2015, Plaintiff agreed to provide Defendant with additional information. In response to the information provided by Plaintiff, Defendant filed its Recommendation on June 22, 2015. Defendant's Recommendation proposed further adjustments that would reduce Plaintiff's tax-to-pay "from $624 to $207 * * * plus statutory interest." Plaintiff's letter, filed July 7, 2015, stated: "I Renee Gallino, accept the judgment and wish to close the case without further changes." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that, for tax year 2011, Defendant shall revise its Notice of Deficiency Assessment, dated February 3, 2015, to reflect a tax-to-pay of $207, and shall adjust penalty and interest accordingly.

Dated this ____ day of July 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 27, 2015.*